KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROGER L. McKENNA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 07-1349-WEB |
| RUSSELL STOVER CANDIES, INC. | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF DISMISSAL**

Plaintiff Roger L. McKenna hereby provides notice that he is dismissing this action pursuant to Fed.R.Civ.P. 41(a)(1).

RESPECTFULLY SUBMITTED,

 /s/  Larry G. Michel
Larry G. Michel         #014067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
ATTORNEYS FOR PLAINTIFF